IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**BILLY DOUGLAS,**

    Petitioner,

vs.                                                                    **CASE NO. 5:11-cv-154/RS-EMT**

**PAIGE AUGUSTINE,**

    Respondent.
_____ /

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 14). No objections have been filed.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. The petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2241 (Doc. 1) is **DENIED and DISMISSED with prejudice**.

**ORDERED** on May 30, 2012.

                                        /S/ Richard Smoak
                                        **RICHARD SMOAK**
                                        **UNITED STATES DISTRICT JUDGE**